IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18CR00492-02- MC |
| v. | |
| Michael James Friesen | MODIFICATION OF RELEASE |

**IT IS ORDERED THAT** the following conditions of release be added:

- Participate in a mental health evaluation and counseling at the direction of U.S. Pretrial Services. The defendant is also to take all medications as prescribed. The defendant shall participate in medication monitoring if directed by Pretrial Services

**IT IS SO ORDERED THIS _____8_____ day of _____May_____, 2019.**

_____

The Honorable Mustafa T. Kasubhai
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**